UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO DANIEL BALDERRAMOS ALCANTARA, A-233-783-260,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | No.  1:26-cv-3536 DC AC<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 7) |

Petitioner, an immigration detainee prisoner proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 7.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 7) are ADOPTED;

2.  Petitioner's petition for writ of habeas corpus (ECF No. 1) is GRANTED, as follows:

    a.  Respondents shall IMMEDIATELY RELEASE petitioner Pablo Daniel Balderramos Alcantara, A-233-783-260, from custody.  At the time of release, respondents must return all of petitioner's documents and possessions.

    b.  Respondents shall not impose any additional restriction on petitioner unless it is determined to be necessary at a future pre-deprivation/custody hearing.

    c.  Respondents be ENJOINED AND RESTRAINED from re-detaining petitioner unless they provide him with a bond hearing pursuant to 8 C.F.R. 1236.1(c)(8) at which petitioner shall bear the burden of showing that he is not a flight risk or a risk to community safety.

    d.  The order does not address the circumstances in which respondents may detain petitioner in the event petitioner becomes subject to an executable final order of removal and petitioner receives notice of that final order of removal.

3.  Within three days of the date of entry of this order, respondents shall file a notice of compliance confirming petitioner's release;

4.  The Clerk is directed to serve California City Immigration Processing Center with a copy of this Order; and

5.  The Clerk of the Court is directed to enter judgment for petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2026**

_____
Dena Coggins
United States District Judge

2